IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States | ) | |
| Plaintiff, | ) | |
| v. | ) | 02 CR 944-4 |
| Shikila Blount, | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Following a hearing as to the possible revocation or modification of the terms of supervised release for defendant Shikila Blount, it is hereby ordered:

1. Defendant's conditions of supervised release are modified to require her to surrender to the Salvation Army Community Confinement Center as soon as space becomes available, for a term of four months.

2. All other conditions of supervised release shall remain in effect.

3. Defendant, who was taken into custody pursuant to a bench warrant, is ordered to be released forthwith.

Dec. 27, 2006

Milton I. Shadur
Senior United States District Judge